**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-4038**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RANDALL SCOTT POND,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, Districy Judge. (CR-00-77-1)

───────────

Submitted: May 3, 2001                     Decided: May 21, 2001

───────────

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Mary Lou Newberger, Acting Federal Public Defender, Joseph A. Brossart, Legal Research and Writing Specialist, Charleston, West Virginia, for Appellant. Rebecca A. Betts, United States Attorney, John L. File, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Randall Scott Pond pled guilty to possession with intent to distribute alprazolam, lorazepam, and phentermine, and was sentenced to thirty-six months imprisonment. On appeal, he challenges the district court's inclusion of 318 Tylox capsules as relevant conduct. We have reviewed the district court's statement of reasons for sentencing, as well as the briefs and joint appendix, and we find that the district court's conclusions were not clearly erroneous. See United States v. Love, 134 F.3d 595, 606 (4th Cir. 1998) (standard of review). Accordingly, we affirm Pond's sentence on the reasoning of the district court. (J.A. at 84-91). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2